

**NUMBER 13-19-00578-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**ROSA MARIA MARROQUIN,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 36th District Court
of Aransas County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Perkes**

Counsel for appellant filed a motion to dismiss her appeal. In a signed attachment, appellant states that she no longer wishes to pursue her appeal. We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and her attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without considering the merits of the case, we

grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of January, 2020.